(C.D. 2732)

R. C. WEHLING Co., FOR CAUSSE MFG. & IMPTG. Co., DIV. OF THE BORDEN Co. *v*. UNITED STATES

United States Customs Court, Third Division

(Decided July 19, 1966)

Plaintiff not represented by counsel.
*John W. Douglas*, Assistant Attorney General, for the defendant.

Before DONLON, RICHARDSON, and LANDIS, Judges

LANDIS, Judge: When this case was called for trial, there was no appearance on behalf of the plaintiff, and defendant moved to dismiss the protest for lack of prosecution.

It appearing from the official papers that the protest was filed more than 60 days after liquidation, it is dismissed as untimely, by virtue of section 514, Tariff Act of 1930.